[S. F. No. 5511. In Bank.—September 8, 1911.]

JOSEPH E. CUTTEN, Appellant, v. P. H. McCARTHY, Mayor, etc. et al., Respondents.

[S. F. No. 5512. In Bank.—September 8, 1911.]

GEORGE B. SOMERS, Appellant, v. P. H. McCARTHY, Mayor, etc. et al., Respondents.

[S. F. No. 5513. In Bank.—September 8, 1911.]

THOMAS W. HUNTINGTON, Appellant, v. P. H. Mc-CARTHY, Mayor, etc. et al., Respondents.

JUDGMENTS AFFIRMED on the authority of *Barendt* v. *McCarthy, ante,* p. 680.

APPEALS from judgments of the Superior Court of the City and County of San Francisco. George A Sturtevant, Judge.

The facts are similar to those stated in the opinion in *Barendt* v. *McCarthy, ante,* p. 680.

Barclay Henley, and Arthur H. Barendt, *in pro. per.,* for Appellant,

Frank J. Murphy, for Respondent, John S. Martin.

Cleveland L. Dam, George Appell, and A. L. O'Grady, for Respondents, P. H. McCarthy and Arthur M. Sharp.

Percy V. Long, City Attorney, and F. J. English, Assistant City Attorney, *Amici Curiæ,* on petition for rehearing.

THE COURT.—These cases being exactly similar in all particulars to *Barendt* v. *McCarthy,* S. F. No. 5507, *ante,* p. 680, in which the opinion was filed this day, the judgment of the lower court in each of them is, upon authority of that case, affirmed.

SLOSS, J., dissenting.—I dissent for the reasons stated in my dissenting opinion in *Barendt* v. *McCarthy,* this day filed.

Beatty, C. J., and Angellotti, J., concurred.

Rehearing in each denied.